IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

JERRY SPLAWN, SR.,

    Plaintiff,

v.                                                       Civil Action No.: 3:13-cv-04184-B

SOUTHWEST AUTO TOW, LLC,

    Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

    Plaintiff and Defendant by and through their undersigned counsel hereby stipulate and agree to dismiss with prejudice all claims asserted or that could have been asserted by and among Plaintiff and Defendant in this action.  The parties also hereby agree and stipulate that each party shall be solely responsible for their own attorneys' fees and costs.

    Respectfully submitted,

| | |
|---|---|
| *s/ Vijay A. Pattisapu*_____ | *s/ Jacquelyn V. Clark* _____ |
| **VIJAY A. PATTISAPU** | **Brian Farrington** |
| Texas Bar No. 24083633 | State Bar No. 00790667 |
| **ROSS LAW GROUP, PC** | bfarrington@cowlesthompson.com |
| 540 East Pleasant Run Road | **Jacquelyn V. Clark** |
| Desoto, TX 75115 | State Bar No. 24069512 |
| 214-716-4597 Telephone | jclark@cowlesthompson.com |
| 855-867-4455 Facsimile | |
| vijay@rosslawgroup.com | **COWLES & THOMPSON, P.C.** |
| **ATTORNEY FOR PLAINTIFF** | 901 Main Street, Ste. 3900 |
| | Dallas, TX 75202 |
| | 214-672-2771 Telephone |
| | 214-672-2317 Facsimile |
| | **ATTORNEY FOR DEFENDANT** |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

JERRY SPLAWN, SR.,

    Plaintiff,

v.                                                Civil Action No.: 3:13-cv-04184-B

SOUTHWEST AUTO TOW, LLC,

    Defendant.

_____/

## **ORDER OF DISMISSAL**

On this day, the Court considered the Parties' Stipulation of Dismissal with Prejudice. Having considered the pleading, it is therefore, ORDERED, ADJUDGED and DECREED, that all causes of action that any and all of the Parties have asserted or could have asserted against each other are hereby dismissed with prejudice and each party shall be solely responsible for their own attorney's fees and costs.

    Signed this ____ day of _____, 2015.

                                                                _____
                                                                IRMA CARILLO RAMIREZ
                                                                UNITED STATES MAGISTRATE JUDGE